# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-404
Lower Tribunal No. 22-DR-033481

_____

SEAN ROWLAND,

Appellant,

v.

AIME ROWLAND,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Cynthia Pivacek, Judge.

April 8, 2024

PER CURIAM.

Sean Rowland appeals the final judgment of injunction for protection against domestic violence entered against him and in favor of Aime Rowland after an evidentiary hearing.[1] We review de novo the legal sufficiency of evidence to determine whether it supports entry of a domestic violence injunction. *See Fingers v. Fingers*, 353 So. 3d 1283, 1285 (Fla. 5th DCA 2023) (citing *Robinson v.*

---

[1] This case was transferred from the Second District Court of Appeal to this Court on January 1, 2023.

*Robinson*, 257 So. 3d 1187, 1189 (Fla. 5th DCA 2018)). In this case, the trial court concluded that the appellee had reasonable cause to believe that she was in imminent danger of becoming a victim of domestic violence. *See* § 741.30(6)(a), (b), Fla. Stat. (2021); *Leal v. Rodriguez*, 220 So. 3d 543, 545 (Fla. 3d DCA 2017). Our review of the record and evidentiary hearing transcript does not illustrate a sufficient statutory basis to support this conclusion. Accordingly, we reverse the final judgment and direct the trial court to vacate the injunction.

REVERSED and REMANDED with instructions.

TRAVER, C.J., and NARDELLA, J., and LAMBERT, B.D., Associate Judge, concur.

Roy W. Foxall, of Roy W. Foxall, P.A., Fort Myers, for Appellant.

No Appearance for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED